UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENT D. SANBORN, | CASE NO. C23-5542 BHS |
| Plaintiff, | ORDER |
| v. | |
| NEWREZ LLC, | |
| Defendant. | |

THIS MATTER is before the Court on pro se plaintiff Brent Sanborn's motion to dismiss this action "with honor," Dkt. 5. The Court construes the motion as one for voluntary dismissal under Federal Rule of Civil Procedure 41(a). The motion is **GRANTED**, and this matter is **DISMISSED without prejudice**.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 17th day of July, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1